[Civil No. 397.]

In the Matter of the Application of FRANK M. KING for a Writ of Habeas Corpus.

E. J. Edwards, for Petitioner.

Francis J. Heney, Attorney-General, for Territory of Arizona.

November 21, 1893.   Petitioner discharged.